FILED

2026 Jul-10  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MULTI SERVICE TECHNOLOGIES SOLUTIONS, INC.,** | ) ) ) | |
| **PLAINTIFF,** | ) ) | |
| **v.** | ) ) | |
| **ROLLINS MONTGOMERY,** | ) ) ) | **CIVIL ACTION NUMBER:** **2:26-CV-981-JHE** |
| **DEFENDANT.** | ) | |

**ANSWER**

Defendant Rollins Montgomery files the following Answer to the Complaint (Doc. 5), filed by Multi Service Technologies Solutions, Inc. ("MSTS") on June 9, 2026, as follows:

**PARTIES**

1.    Defendant is without knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in Paragraph 1 of the Complaint, so they are denied.

2.    The first sentence of this paragraph is admitted. The second sentence of this paragraph is denied as framed as it is unclear what is meant by "the transaction at issue in this Complaint."

**JURISDICTION AND VENUE**

3.    Admitted.

4.    Admitted.

**FACTUAL PREDICATE**

5.    The allegations of this paragraph are denied as framed. The agreement speaks for itself.

6.      The allegations of this paragraph are denied as framed. The agreement speaks for itself.

7.      The allegations of this paragraph are denied as framed. The Personal Guaranty speaks for itself.

8.      The allegations of this paragraph are denied as framed. The Personal Guaranty speaks for itself.

9.      The allegations of this paragraph are denied as framed. The Personal Guaranty speaks for itself.

10.     Denied.

11.     The allegations of this paragraph are denied as framed. The written demand speaks for itself.

## COUNT ONE: BREACH OF CONTRACT

12.     The allegations of this paragraph are denied as framed. The Personal Guaranty speaks for itself.

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in Paragraph 13 of the Complaint, so they are denied.

14.     Denied.

15.     Denied.

Defendant denies that MSTS is entitled to judgment in any amount or any alternative relief.

## COUNT TWO: UNJUST ENRICHMENT

16.     Denied.

17.     Denied.

2

18. Defendant is without knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in Paragraph 18 of the Complaint, so they are denied.

19. Denied.

Defendant denies that MSTS is entitled to judgment in any amount or any alternative relief.

Dated: July 10, 2026

*/s/ Julianne L. Bayer*

David G. Hymer
Julianne L. Bayer
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
dhymer@bradley.com
jbayer@bradley.com
*Attorneys for Rollins Montgomery*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of filing to all parties and counsel of record.

_/s/ Julianne L. Bayer_
OF COUNSEL

4